Samuel R. Miller (SBN 66871)
srmiller@sidley.com
Ryan M. Sandrock (SBN 251781)
SIDLEY AUSTIN LLP
555 California Street, 20th Floor
San Francisco, California  94104
Telephone:          (415) 772-1200
Facsimile:           (415) 772-7400

T. Robert Scarborough (*Pro Hac Vice* To Be Submitted)
tscarborough@sidley.com
SIDLEY AUSTIN LLP
1 South Dearborn
Chicago, Illinois  60604
Telephone:          (312) 853-7000
Facsimile:           (312) 853-7036

Attorneys For Defendant
Beiersdorf, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA TERRY,  MARQUINITA TERRY, and TAANYKA TERRY, ) ) ) | Case No. 11:05244 JCS |
| Plaintiffs, ) ) | **STIPULATION AND** |
| vs. ) ) ) ) | **[PROPOSED] ORDER PURSUANT TO LOCAL RULE 6-1 REGARDING TIME TO ANSWER OR OTHERWISE RESPOND** |
| BEIERSDORF, INC., a Delaware Corporation and DOES 1-10, inclusive ) ) ) | |
| Defendant ) ) | |

**STIPULATION AND ~~PROPOSED~~ ORDER PURSUANT TO LOCAL RULE 6-1 REGARDING TIME TO ANSWER OR OTHERWISE RESPOND**

SF1 1681367v.1

WHEREAS Plaintiffs served the above-captioned lawsuit on Defendant Beiersdorf, Inc. ("Beiersdorf" or "Defendant") on November 3, 2011 (the "Complaint");

WHEREAS the time for Defendant to answer or otherwise respond to the Complaint is currently November 28, 2011;

WHEREAS Plaintiffs and Defendant have reached an agreement, pursuant to Civil L.R. 6-1, to extend the time within which Defendant must answer or otherwise respond to the Complaint to January 11, 2012.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, that Defendant will have until January 11, 2012 to answer or otherwise respond to the Complaint.

**IT IS SO STIPULATED:**

Dated:  November 18, 2011                    KIRTLAND & PACKARD LLP


By:  /s/ Behram V. Parekh
     BEHRAM V. PAREKH

Attorneys for Plaintiffs


Dated:  November 18, 2011                    SIDLEY AUSTIN LLP


By:  /s/ Samuel R. Miller
     SAMUEL R. MILLER

Attorneys for Beiersdorff

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this documents has been obtained from Behram V. Parekh and Samuel R. Miller.

2

1

**[PROPOSED] ORDER**

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4

Dated: _____Nov. 22_____, 2011

5

The Honorable
United States

Judge Joseph C. Spero

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3