UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PATRICIA TERRY, MARQUINTA TERRY, AND TAANYKA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BEIERSDORF, INC., a Delaware Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No: C 11-5244 SBA<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR TEMPORARY STAY**<br><br>Dkt. 26 |

Defendant has moved for a temporary stay of the instant action in light of pending settlements in related state and federal court litigation. Because the potential resolution of those actions may have some bearing on the instant case, the Court finds good cause to stay the action until the initial Case Management Conference. See Landis v. North Am. Co., 299 U.S. 248, 254-55 (1936) (the power to stay proceedings is "incidental to the power inherent in every court to manage the schedule of cases on its docket to ensure fair and efficient adjudication."); accord Leyva v. Certified Grocers, 593 F.2d 857, 863-64 (9th Cir. 1979). Accordingly,

IT IS HEREBY ORDERED THAT:

1. Defendant's Motion for a Temporary Stay is GRANTED. The instant action is STAYED until April 26, 2012, except as set forth below.

2. The Case Management Conference presently scheduled for May 8, 2012 is ADVANCED to **April 26, 2012 at 3:00 p.m.** Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiff shall

assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date. Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559. NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

3. This Order terminates Docket 26.

IT IS SO ORDERED.

Dated: February 29, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge