| | |
|---|---|
| Samuel R. Miller (SBN 66871)<br>srmiller@sidley.com<br>Ryan M. Sandrock (SBN 251781)<br>rsandrock@sidley.com<br>**SIDLEY AUSTIN LLP**<br>555 California Street, 20th Floor<br>San Francisco, CA 94104<br>Telephone:   (415) 772-1200<br>Facsimile:   (415) 772-7400<br><br>Michael W. Davis (*Pro Hac Vice*)<br>mdavis@sidley.com<br>Theodore R. Scarborough (*Pro Hac Vice*)<br>tscarborough@sidley.com<br>**SIDLEY AUSTIN LLP**<br>1 S. Dearborn Street<br>Chicago, IL 60603<br>Telephone:   (312) 853-7000<br>Facsimile:   (312) 853-7036<br><br>***Attorneys for Defendant Beiersdorf, Inc.*** | Michael Louis Kelly (SBN 82063)<br>mlk@kirtlandpackard.com<br>Behram V. Parekh (SBN 180361)<br>bvp@kirtlandpackard.com<br>Heather M. Peterson (SBN 261303)<br>hmp@kirtlandpackard.com<br>Amir D. Benakote (SBN 277158)<br>adb@kirtlandpackard.com<br>**KIRTLAND & PACKARD LLP**<br>2361 Rosecrans Avenue<br>Fourth Floor<br>El Segundo, CA 90245<br>Telephone:   (310) 536-1000<br>Facsimile:   (310) 536-1001<br><br>***Attorneys for Plaintiffs and all others similarly situated*** |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA TERRY, MARQUINITA TERRY, AND TAANYKA TERRY, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>BEIERSDORF, INC. a Delaware Corporation, and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. C 11-05244 - SBA<br><br>**PARTIES' JOINT STIPULATION TO STAY CASE AND [PROPOSED] ORDER**<br><br>Date/Time:   March 20, 2012 at 1:00 p.m.<br><br>Complaint Filed:   October 27, 2011<br><br>Trial Date:   None |

WHEREAS, on February 8, 2012, Defendant Beiersdorf, Inc. ("Beiersdorf") filed a motion for a temporary stay on the grounds that it had reached a settlement in a case pending in Cook County, Illinois (*Amy Joseph, et al. v. Beiersdorf North America, Inc. and Beiersdorf, Inc.*, No. 11 CH 20147) that would resolve the claims pending in this action, *see* Dkt. 26;

WHEREAS, on February 27, 2012, plaintiffs opposed Beiersdorf's motion on the grounds that the settlement had not received preliminary approval, *see* Dkt. 27;

WHEREAS, on February 9, 2012, the Court granted Beiersdorf's motion and stayed this action until April 26, 2012, *see* Dkt. 28;

WHEREAS, on March 2, 2012, the *Joseph* court granted preliminary approval to the settlement and enjoined members of the settlement class from prosecuting or litigating claims that were or could have been asserted in *Joseph*, *see Joseph* Preliminary Approval Order (Ex. A);

WHEREAS, in light of the preliminary approval order in *Joseph*, plaintiffs and defendants agree that this action should be stayed until after the final approval hearing in *Joseph*, which is scheduled for June 15, 2012;

The parties hereby stipulate to continue the case management conference currently set for April 26, 2012 until sometime after June 15, 2012 and further stipulate to stay this action until such case management conference occurs.

Respectfully submitted,

Dated: March 12, 2012                                      SIDLEY AUSTIN LLP


By: /s/ Samuel R. Miller
Samuel R. Miller, Esq.
*Counsel for Beiersdorf, Inc.*


Dated: March 12, 2012                                      KIRTLAND & PACKARD LLP


By: /s/ Behram V. Parekh
Behram V. Parekh, Esq.
*Counsel for Plaintiffs and all others similarly situated*

1

PARTIES' JOINT STIPULATION TO STAY CASE AND [PROPOSED] ORDER
CASE NO. C 11-05244 – SBA

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have on file written permission to sign this joint motion from all parties whose signatures are indicated by a conformed signature (/s/) within this e-filed document.

Dated:  March 12, 2012                              SIDLEY AUSTIN LLP,

/s/  *Samuel R. Miller*
Samuel R. Miller, Esq.
*Counsel for Beiersdorf, Inc.*

**[Proposed] Order**

Pursuant to Stipulation, it is so Ordered.

IT IS FURTHER ORDERED THAT the telephonic Case Management Conference currently scheduled for April 26, 2012 is CONTINUED to **June 28, 2012 at 2:30 p.m.**  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement.  Plaintiff is responsible for filing joint statement no less than seven (7) days prior to the conference date.  The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff is responsible for setting up the conference call, and on the specified date and time, shall call (510) 637-3559 with all parties on the line.

Dated: March 13, 2012

THE HONORABLE SAUNDRA BROWN ARMSTRONG
United States District Judge

2
PARTIES' JOINT STIPULATION TO STAY CASE AND [PROPOSED] ORDER
CASE NO. C 11-05244 – SBA