Michael Louis Kelly - State Bar No. 82063
mlk@kirtlandpackard.com
Behram V. Parekh - State Bar No. 180361
bvp@kirtlandpackard.com
Heather M. Baker - State Bar No. 261303
hmb@kirtlandpackard.com
KIRTLAND & PACKARD LLP
2041 Rosecrans Avenue, Third Floor
El Segundo, California 90245
Telephone: (310) 536-1000; Facsimile: (310) 536-1001
*Counsel for Plaintiff and all
others similarly situated*

Samuel R. Miller (SBN 66871)
srmiller@sidley.com
Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 772-1200; Facsimile: (415) 772-7400

Michael W. Davis (admitted pro hac vice)
mdavis@sidley.com
Theodore R. Scarborough (admitted pro hac vice)
tscarborough@sidley.com
SIDLEY AUSTIN LLP
1 S. Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000; Facsimile: (312) 853-7036

*Attorneys for Defendant Beiersdorf, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA TERRY, MARQUITA TERRY and TAANYKA TERRY on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BEIERSDORF, INC., a Delaware Corporation, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 4:11-cv-05244-SBA <br><br> **[PROPOSED] ORDER GRANTING DISMISSAL OF CASE** |

02280-00001 156775.01

[PROPOSED] ORDER GRANTING DISMISSAL OF CASE

1  The parties having stipulated and good cause appearing, it is hereby ORDERED that
2  Plaintiffs Patricia Terry, Marquinia Terry and Taanyka Terry entire action against Defendant
3  Beiersdorf, Inc. will be dismissed, without prejudice.

DATED: December 13, 2012

By: _/s/ Saundra B. Armstrong_
UNITED STATES DISTRICT JUDGE